O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES V. FARNSWORTH,<br><br>                Plaintiff,<br><br>   vs.<br><br>WARDEN LINDA SANDERS, ET AL.,<br><br>               Defendants. | CASE NO. CV 08-05124 GAF (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: March 10, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE